AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teeter, Holly | U.S. District Court, Kansas | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

500 State Ave. STE 537
Kansas City, KS 66101

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | TD Ameritrade Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 2/23/2020-2/28/2020 | Washington, DC | Phase II Orientation | Airfare, transportation, lodging, food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sound Stewardship LLC | Financial planning services | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  - Capitol Federal Cash Accounts | A | Interest | K | T | | | | | |
| 2.  - Ally Bank Cash Account | A | Interest | L | T | | | | | |
| 3.  Fidelity 401(k) # 1 (H) | | | | | | | | | |
| 4.  - Eventide Healthcare & Life Sciences N | B | Dividend | K | T | | | | | |
| 5.  - Fidelity Cash Reserves Account | A | Interest | J | T | | | | | |
| 6.  - Fidelity Spartan Intl Idx | A | Dividend | L | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 7.  - Guggenheim BulletShares 2020 Corp Bond | A | Dividend | | | Matured | 12/17/20 | J | | |
| 8.  - Guggenheim BulletShrs®2020 HY CorpBd ETF | A | Dividend | | | Matured | 12/17/20 | J | | |
| 9.  - iShares Core S&P 500 ETF | B | Dividend | M | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 10.  - iShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 11.  - iShares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 12.  - iShares iBoxx $ High Yield Corporate Bd | B | Dividend | K | T | Buy<br>(add'l) | 01/29/20 | J | | |
| 13.  - iShares International Treasury Bond | | None | | | Sold | 01/29/20 | J | | |
| 14.  - iShares JPMorgan USD Emerg Markets Bond | A | Dividend | J | T | | | | | |
| 15.  - iShares MSCI EAFE Small-Cap | A | Dividend | L | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 16.  - iShares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 17.  - Schwab Fundamental Intl Lg Co ETF | B | Dividend | L | T | Buy<br>(add'l) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Schwab Fundamental US Broad Market ETF | B | Dividend | M | T | Buy (add'l) | 03/03/20 | J | | |
| 19.  - Schwab Fundamental US Small Company ETF | A | Dividend | L | T | Buy (add'l) | 03/03/20 | J | | |
| 20.  - SPDR Barclays Capital EM Local Bond ETF | A | Dividend | J | T | | | | | |
| 21.  - Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 22.  - Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 23.  - Vanguard Short-Term Bond ETF | B | Dividend | L | T | Buy (add'l) | 01/29/20 | K | | |
| 24. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 25.  - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 26.  Fidelity 401(k) # 2 (H) | | | | | | | | | |
| 27.  - VANG INST TR 2050 | A | Int./Div. | K | T | Buy (add'l) | 01/16/20 | J | | |
| 28. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 29. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 30. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 31. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 32. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 33. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 34. | | | | | Buy (add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 48.    TD Ameritrade IRA # 2 (H) | | | | | | | | | |
| 49.    - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 50.    - Guggenheim BulletShares 2020 Corp Bond | A | Dividend | | | Matured | 12/17/20 | J | | |
| 51.    - Guggenheim BulletShrs®2020 HY CorpBd ETF | A | Dividend | | | Matured | 12/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - iShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 07/17/20 | K | | |
| 53. - iShares International Select Div | A | Dividend | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 54. | | | | | Sold | 07/17/20 | J | | |
| 55. - iShares TIPS Bond ETF | A | Dividend | J | T | Sold<br>(part) | 04/16/20 | J | | |
| 56. - PowerShares Emerging Mkts Sovereign<br>Debt | A | Dividend | J | T | | | | | |
| 57. - PowerShares FTSE RAFI US 1500 Small-<br>Mid | A | Dividend | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 58. | | | | | Sold | 07/17/20 | K | | |
| 59. - Schwab Fundamental Intl Lg Co ETF | A | Dividend | J | T | Buy | 07/17/20 | J | | |
| 60. - Schwab Fundamental US Broad Market<br>ETF | A | Dividend | K | T | Buy | 04/16/20 | J | | |
| 61. - Schwab Fundamental US Small Company<br>ETF | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 62. - SPDR Barclays Capital EM Local Bond<br>ETF | A | Dividend | J | T | | | | | |
| 63. - SPDR Barclays High Yield Bond | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 65. - SPDR Barclays International Treasury Bd | A | Dividend | | | Sold | 02/12/20 | K | | |
| 66. - Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Sold<br>(part) | 02/12/20 | J | | |
| 67. - Vanguard Information Technology ETF | A | Dividend | | | Sold<br>(part) | 02/12/20 | J | | |
| 68. | | | | | Sold<br>(part) | 10/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 12/21/20 | J | | |
| 70.   - Vanguard Short-Term Bond | B | Dividend | L | T | Buy (add'l) | 02/12/20 | K | | |
| 71. | | | | | Sold (part) | 04/16/20 | K | | |
| 72. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 73. | | | | | Buy (add'l) | 12/21/20 | K | | |
| 74.   TD Ameritrade Roth IRA # 1 (H) | | | | | | | | | |
| 75.   - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 76.   - Eventide Healthcare & Life Sciences N | A | Dividend | J | T | Sold (part) | 10/21/20 | J | | |
| 77.   - Schwab Fundamental US Small Company ETF | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 78.   - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 79.   - Vanguard Short-Term Bond ETF | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 80.   TD Ameritrade Roth IRA # 2 (H) | | | | | | | | | |
| 81.   - TD Ameritrade Cash Account | | None | J | T | | | | | |
| 82.   - iShares MSCI EAFE Small-Cap | A | Dividend | K | T | | | | | |
| 83.   - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 84.   - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | J | T | | | | | |
| 85.   TD Ameritrade Trust # 1 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - Bershire Hathaway | | None | L | T | Donated (part) | | | | |
| 87.    - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 88.    - Eventide Healthcare & Life Sciences N | A | Dividend | K | T | | | | | |
| 89.    - Fidelity® Select Transportation | B | Dividend | | | Sold | 05/04/20 | J | | |
| 90.    - iShares Core S&P Mid-Cap ETF | A | Dividend | | | Sold | 05/04/20 | K | | |
| 91.    - iShares Core S&P Small-Cap ETF | A | Dividend | | | Sold | 05/04/20 | K | | |
| 92.    - iShares International Select Div | B | Dividend | | | Buy | 05/04/20 | L | | |
| 93. | | | | | Sold | 10/21/20 | L | D | |
| 94.    - iShares MSCI EAFE Small-Cap | | None | K | T | Sold (part) | 05/04/20 | K | | |
| 95. | | | | | Buy (add'l) | 12/21/20 | K | | |
| 96.    - iShares MSCI Emerging Markets | A | Dividend | K | T | Buy | 05/04/20 | J | | |
| 97.    - iShares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 98.    - McDonald s Corporation | A | Dividend | J | T | Donated (part) | | | | |
| 99. | | | | | Donated (part) | | | | |
| 100.  - Phillips 66 | A | Dividend | K | T | | | | | |
| 101.  - PowerShares FTSE RAFI US 1500 Small-Mid | B | Dividend | M | T | Buy | 05/04/20 | M | | |
| 102.  - Schwab Fundamental Intl Lg Co ETF | A | Dividend | L | T | Sold (part) | 05/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 10/21/20 | L | | |
| 104. - Schwab Fundamental US Broad Market ETF | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 105. - Schwab Fundamental US Small Company ETF | A | Dividend | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 106. | | | | | Sold | 05/04/20 | K | | |
| 107. - SPDR Barclays High Yield Bond | B | Dividend | K | T | | | | | |
| 108. - SPDR Barclays International Treasury Bd | A | Dividend | | | Sold | 02/12/20 | J | A | |
| 109. - SPDR® S&P Emerging Markets Small Cap ETF | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 110. - U.S. Bancorp | C | Dividend | L | T | | | | | |
| 111. - Vanguard Dividend Appreciation ETF | A | Dividend | J | T | | | | | |
| 112. - Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Sold<br>(part) | 05/04/20 | K | | |
| 113. | | | | | Buy<br>(add'l) | 10/21/20 | K | | |
| 114. - Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 05/04/20 | J | | |
| 115. - Vanguard Information Technology ETF | A | Dividend | K | T | Buy<br>(add'l) | 12/21/20 | J | | |
| 116. - Vanguard Target Retirement 2050 Inv | | None | | | Sold | 05/04/20 | K | E | |
| 117. - Walgreen Boots Alliance Inc Com | | None | | | Sold | 02/12/20 | J | | |
| 118. - Walt Disney Co | A | Dividend | | | Sold | 05/04/20 | J | B | |
| 119. - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | | | Sold | 05/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   - WisdomTree International SmallCap Div | B | Dividend | | | Buy | 05/04/20 | K | | |
| 121. | | | | | Sold | 12/21/20 | L | D | |
| 122.   TD Ameritrade UTMA # 1 (H) | | | | | | | | | |
| 123.   - Apple Inc | A | Dividend | J | T | | | | | |
| 124.   - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 125.   - Commerce Bancshares | A | Dividend | J | T | | | | | |
| 126.   - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 127.   - General Electric Co (X) | | None | J | T | | | | | |
| 128.   - iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 01/21/20 | J | | |
| 129.   - Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 130.   - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 131.   - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 132.   - The Hershey Co | A | Dividend | J | T | | | | | |
| 133.   - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 134.   - Walt Disney Co | A | Dividend | J | T | | | | | |
| 135.   TD Ameritrade UTMA # 2 (H) | | | | | | | | | |
| 136.   - Apple Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 138.  - Commerce Bancshares | A | Dividend | J | T | | | | | |
| 139.  - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 140.  - General Electric Co (X) | | None | J | T | | | | | |
| 141.  - iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 01/21/20 | J | | |
| 142.  - Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 143.  - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 144.  - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 145.  - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 146.  - Walt Disney Co | A | Dividend | J | T | | | | | |
| 147.  TD Ameritrade UTMA # 3 (H) | | | | | | | | | |
| 148.  - Apple Inc | A | Dividend | J | T | | | | | |
| 149.  - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 150.  - Commerce Bancshares | A | Dividend | J | T | | | | | |
| 151.  - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 152.  - General Electric Co (X) | | None | J | T | | | | | |
| 153.  - iShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 01/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 155.  - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 156.  - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 157.  - The Hershey Co | A | Dividend | J | T | | | | | |
| 158.  - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 159.  - Walt Disney Co | A | Dividend | J | T | | | | | |
| 160.  Vanguard 529 # 1 (H) | | | | | | | | | |
| 161.  - Vanguard Aggressive Age-Based Option: 80/20 Portfolio | | None | | | Closed | 10/30/20 | L | | |
| 162.  - Vanguard TRGT 30/31 (X) | | None | L | T | | | | | |
| 163.  - Vanguard Conservative Age-Based Option: 30/70 Portfolio | | None | | | Closed | 10/30/20 | J | | |
| 164.  - Vanguard TRGT 22/23 (X) | | None | J | T | | | | | |
| 165.  Vanguard 529 # 2 (H) | | | | | | | | | |
| 166.  - Vanguard Aggressive Age-Based Option: 90/10 Portfolio | | None | | | Closed | 10/30/20 | L | | |
| 167.  - Vanguard TRGT 32/33 (X) | | None | L | T | | | | | |
| 168.  - Vanguard Conservative Age-Based Option: 40/60 Portfolio | | None | | | Closed | 10/30/20 | J | | |
| 169.  - Vanguard TRGT 24/25 (X) | | None | J | T | | | | | |
| 170.  Vanguard 529 # 3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vanguard Aggressive Age-Based Option: Aggressive Grth Portfolio | | None | | | Closed | 10/30/20 | L | | |
| 172. - Vanguard TRGT 34/35 (X) | | None | L | T | | | | | |
| 173. - Vanguard Moderate Growth - Conservative Age-based | | None | | | Closed | 10/30/20 | J | | |
| 174. - Vanguard TRGT 26/27 (X) | | None | J | T | | | | | |
| 175. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard 529s: The statements provided do not include any information as to the income earned during the reporting period. Change in funds in the 529 accounts were custodian automatic exchanges based on the child's age.

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Holly Teeter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544